Nathan Rodney

43317 Mary Rita Terrace

Ashburn, Virginia, 20147

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

DEC 14 2021

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

(There was an error in the initial complaint. National Security Association was stated instead of National Security Agency.)

9800 Savage Rd #6623,

Fort Meade, MD 20755

United States District Court of Maryland

Case No.: 1:21-cv-02667-RDB

Amended Complaint

Nathan Rodney,

    Plaintiff,

v.

National Security Association (There was an error here. This is supposed to state National Security Agency.)

    Defendant.

---

In the initial complaint, I stated "National Security Association" as the Defendant. I intended to file this complaint with the "National Security Agency" as the defendant. If the judge would prefer I can refile this complaint ect., as the the National Security Association, could be an incorrect recipient should such an entity exist. My apologies if this "Association" instead of

"Agency" error caused any confusion. That being said, their known acronym NSA was stated throughout the complaint, and the National Security Agency's website is NSA.gov, so I will proceed in what is written here as if the judge was able to discern the correct recipient, or as if this amended complaint is enough to update the recipient. There have also been amendings/updates to other sections.

I will try to keep this as short as possible. I requested the NSA provide information through their online portal, and there was a response in which you will see below. They have not, however, responded to my follow up to their response (appeal in their system). I would have liked to avoid the court for this request, but I think there is further conversation that needs to be had, and potential action that needs to be taken. I see many documents outlining capabilities of the NSA, and I will assume the judge is aware of their capabilities. I will assume this complaint will go directly to a representative for the NSA, and not interfere with any NSA operations.

We all know the upsides of the NSA, and the importance of it in maintaining safety. I see material online outlining the dangers of types of surveillance technology, should it be abused. In my opinion, abuse of surveillance technology can violate human rights laws, and can create potential harassment scenarios. Certain situations created as a result of the existence of certain types of surveillance technology may also violate the fourth amendment. There are comments from the FISA court in the past in regards to similar topics. This was an inquiry into a data release on myself, and to see who has accessed my data if the data has been released (if it exists). There is a long conversation to be had about privileges being violated at certain entities by specific individuals towards specific individuals for ethnic and other motives, but that is not the purpose of this complaint. I am operating off of personal safety. All actions by every individual working at any organization, when they utilize a surveillance technology or data, in

my opinion, should be carefully recorded and these recordings should be accessible by other appropriate groups. The purpose of this complaint is for a follow up to a specific data check on myself (what are all instances of data access ect.), the data being accessed, and ideally a block on any potentially dangerous affiliate's ability to access my data (should such data exist). I am not attempting to change NSA policy. I don't see any reason anybody would need to access my data (should it be possible to access the data). In my opinion, any abuses in doing so from an entity of this type could be a form of stalking and/or harassment etc.. The capabilities of surveillance technologies (should one exist) are to be taken seriously, and there should be zero instances of noncompliance. My request to the NSA was a request for all instances of any form of data access (they have since responded), and the data being accessed (should it exist). Ideally I'd like to see a block on any potentially dangerous party's ability to utilize certain information (should it exist) for a dangerous motive.

This is what I found at archives.gov on the Freedom of Information Act: "The Freedom of Information Act, or FOIA (5 U.S.C. 552, as amended), generally provides any person with the statutory right, enforceable in court, to obtain access to government information in executive branch agency records. This right to access is limited when such information is protected from disclosure by one of FOIA's nine statutory exemptions." Because this request is specific to myself and not classified specifically to myself, I did not see any exemptions qualifying. Becuase there is, in my opinion some ambiguity, I shifted the conversation with the NSA in regards to FOIA later on.

The NSA has since responded highlighting a number of key documents to outline. Their responses are copied and pasted in bold below and I have responded.

This is an outline of some of the communication between the NSA and myself:

Because of ambiguity here, I think I will need to reevaluate our communication process, as this process causes concern. I may have to evaluate alternatives as well, for personal safety as this is an internal group etc.. I would not speak with an internal group at a corporate organization in the event that there were a sensitive issue. For many reasons I may have to evaluate alternatives. I will also assume that the organizations response is sharable with any other appropriate parties as there is no sensitive information in it, unless told otherwise. I also do not want to violate the NSA's policy. Because I was directed to this appeal link, it's safe to say this response will not. But I will go through what I was sent, with the request there be an internal check on any instances of non compliance/abuse with my personal sensitive information (if it exists), for personal safety, if the information can not legally be given to me.

"To respond to your request, NSA would have to confirm or deny the existence of intelligence records on you. Were we to do so in your case, we would have to do so for every other requester. This would enable, for example, a terrorist or other adversary to file a FOIA request with us in order to determine whether he or she was under surveillance or had evaded it. This in turn would allow that individual to better assess whether they could successfully act to damage the national security of the United States. For such reasons, we can neither confirm nor deny the existence or non-existence of the records you requested."

I disagree as it would be common sense to ascertain from what is available already online that the NSA would have the ability to collect this information. The goal should be appropriate transparency, and the NSA should be concerned about any form of non-compliance for obvious reasons.

"The FOIA exempts several categories of information from disclosure. Its first exemption indicates that it does not apply to matters that are authorized by Executive Order to be kept secret and properly classified in the interest of national defense or foreign relations. The fact of the existence or non-existence of intelligence records on any individual, including yourself, would reveal a connection or interest that is an appropriately classified matter. Paragraph 3.6(a) of Executive Order 13526 ("Classified National Security Information") specifically authorizes this type of response, also known as a Glomar response, to such requests made under the FOIA."

Information about myself on myself would not be, in my opinion, classified to myself as I already know this information. In the event there were a potentially dangerous situation in any organization that were to potentially cause a danger to myself, I would endeavor to learn more/ request a check. I am not accusing an employee or an affiliate of an instance of non-compliance, but any organization is subject to human faults and errors.

"Moreover, the third exemption under the FOIA authorizes the withholding of information specifically protected from disclosure by statute. The fact of the existence or non-existence of records responsive to your request is currently exempted from disclosure by the following statutes: Title 18 U.S. Code 798; Title 50 U.S. Code 3024(i); and Section 6, Public Law 86-36 (50 U.S. Code 3605)."

Title 18 U.S. Code 798

I believe this pertains to the disclosure of this sensitive information. I don't have any important information to disclose. Regarding "communication intelligence" which may be the topic of focus here, I do not know who the intended recipients of such information are, and I don't see how my request would constitute any violation in communication intelligence as much information is posted online. My main question is around potential internal and affiliate abuses of such information. This would create a conflict of interest, specially in a situations involving a harassment and rights violations. There may be a group who investigates these conflicts of interest/questions specifically.

Title 50 U.S. Code 3024

I believe this pertains to the responsibilities and authorities of individuals within the organization. In regards to vetting this individual or that individual or who may have have this agenda or this mission, the goal is to look into any potential errors. In regards to information sharing, the "intelligence community" consists of a lot of people. That means a lot of chances of

human error. It is concerning that this group cannot conduct a simple check at this level as to whether or not there is an any instance of non-compliance which creates an inappropriate activity.

The intelligence community as defined here (https://www.law.cornell.edu/definitions/uscode.php?width=840&height=800&iframe=true&def_id=50-USC-752898104-1584086679&term_occur=999&term_src=): (4) The term "intelligence community" includes the following: (A) The Office of the Director of National Intelligence. (B) The Central Intelligence Agency. (C) The National Security Agency. (D) The Defense Intelligence Agency. (E) The National Geospatial-Intelligence Agency. (F) The National Reconnaissance Office. (G) Other offices within the Department of Defense for the collection of specialized national intelligence through reconnaissance programs. (H) The intelligence elements of the Army, the Navy, the Air Force, the Marine Corps, the Coast Guard, the Federal Bureau of Investigation, the Drug Enforcement Administration, and the Department of Energy. (I) The Bureau of Intelligence and Research of the Department of State. (J) The Office of Intelligence and Analysis of the Department of the Treasury. (K) The Office of Intelligence and Analysis of the Department of Homeland Security. (L) Such other elements of any department or agency as may be designated by the President, or designated jointly by the Director of National Intelligence and the head of the department or agency concerned, as an element of the intelligence community.

So it is easy to see why there would be a concern from my end.

In regards to this: "(4)The Director of National Intelligence shall, in a timely manner, report to Congress any statute, regulation, policy, or practice that the Director believes impedes the ability of the Director to fully and effectively ensure maximum availability of access to intelligence information within the intelligence community consistent with the protection of the national security of the United States."

I do not know how it operates there, but I would imagine it is subject to human error. And I'd imagine there are frequent checks. Also I will assume this is standard procedure, legally speaking and there are specific individuals who handle these things.

"Section 6, Public Law 86-36 (50 U.S. Code 3605)"

I believe this pertains to disclosure on employee information and activities. It is obviously not my responsibility to monitor individual behavior at your organization/ affiliates. Only to request the appropriate individuals do so.

Note there are opinions/conclusions/ect. in this document, but it is kept as official as I am able not being an expert on this topic. Also, I request this inquriy be kept appropriatley confidential.

That ends most of the appeal (the appeal document) I sent to the NSA.

It has been over a month since I appealed to the NSA, with some of the response above. Because this pertains to an inital FOIA request, lack of specific information, there was no

response to my internal appeal, and NSA operations I have not contacted their OIG. I will let the NSA let me know if that group would be a recommended group to speak with in regards to this conversation. This is a civil suit. As a follow, the goal here is a facilitation of this conversation with regards to a request of a block on any entity's ability to access and utilize my information (should it exist) for dangerous behaviors and motives. I am not accusing the NSA of anything, I am simply requesting an internal check for any instances of non compliance/abuse with my personal sensitive information (among itself and affiliates), if the data cannot be given to myself, or if they cannot confirm or deny its existence. That does not mean they would be confirming or denying anything, that just means they would be doing an internal check in a way that would not interfer with NSA operations, should this be possible from a legal standpoint. I would rather not interact with the internal NSA henceforth (due to operations), and think the court may be a better way to interact with that party's representative.

Sincerely, this 8th day of December, 2021.

Nathan Rodney

703-909-1025
Nathanarodney@gmail.com