**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

NATHAN RODNEY,

    Plaintiff,

    v.

NATIONAL SECURITY AGENCY,

    Defendant.

Civil Action No.:  RDB-21-2667

**ORDER**

On January 10, 2022, this Court issued an Order granting Plaintiff Nathan Rodney's motion for leave to proceed *in forma pauperis* and requiring him to complete and return United States Marshal and summons forms so the Amended Complaint could be served.  ECF No. 6.  Plaintiff was granted 21 days to complete and return the forms.  To date, Plaintiff has failed to comply with the Order.

Accordingly, it is this _23rd _ day of February, 2022, by the United States District Court for the District of Maryland, hereby ORDERED that:

1.    The Complaint IS DISMISSED without prejudice;

2.    The Clerk SHALL CLOSE this case; and

3.    The Clerk SHALL PROVIDE a copy of this Order to Plaintiff.

                                            /s/
                                  RICHARD D. BENNETT
                                  UNITED STATES DISTRICT JUDGE